```
 1  GABRIEL A. JACKSON, State Bar No. 98119
    gaby@jjrlaw.com
 2  JAMES J. O'BRIEN, State Bar No. 170035
    jobrien@jjrlaw.com
 3  KERI A. DONOHUE, State Bar No. 226411
    kdonohue@jjrlaw.com
 4  JACKSON JENKINS RENSTROM LLP
    55 Francisco Street, Sixth Floor
 5  San Francisco, CA 94133
    Tel: (415) 982-3600
 6  Fax: (415) 982-3700

 7  Attorneys for Defendant
    GENERAL DYNAMICS CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KERRY O'BRIEN, | Case No. 3:13-cv-01522-CRB |
|---|---|
| Plaintiff, vs. | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER |
| GENERAL ELECTRIC COMPANY, et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/3/2013                    By: _____

I consent to being substituted.

Dated: 8/30/13                     By: _____
                                        GABRIEL A. JACKSON
                                        JAMES J. O'BRIEN
                                        KERI A. DONOHUE

I consent to the above substitution.

Dated: 9/4/2013                    By: _____
                                        EDWARD R. HUGO

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated: Sept. 10, 2013              By: _____
                                        HON.
                                        UNITED

IT IS SO ORDERED
Judge Charles R. Breyer

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER