1 GABRIEL A. JACKSON, State Bar No. 98119
gaby@jjrlaw.com
2 JAMES J. O'BRIEN, State Bar No. 170035
jobrien@jjrlaw.com
3 KERI A. DONOHUE, State Bar No. 226411
kdonohue@jjrlaw.com
4 JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Sixth Floor
5 San Francisco, CA 94133
Tel: (415) 982-3600
6 Fax: (415) 982-3700

7 Attorneys for Defendant
GENERAL DYNAMICS CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KERRY O'BRIEN,<br><br>Plaintiff,<br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 3:13-cv-01522-CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/3/2013          By: [signature]

I consent to being substituted.

Dated: 8/30/13           By: [signature]
                         GABRIEL A. JACKSON
                         JAMES J. O'BRIEN
                         KERI A. DONOHUE

I consent to the above substitution.

Dated: 9/4/2013          By: [signature]
                         EDWARD R. HUGO

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated: Sept. 10, 2013    By: [signature]
                         HON.
                         UNITED STATES DISTRICT COURT
                         Judge Charles R. Breyer
                         IT IS SO ORDERED

BRYDON
HUGO & PARKER
135 MAIN STREET
20th FLOOR
San Francisco, CA 94105

2
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER